DELBELLO DONNELLAN
WEINGARTEN WISE & WIEDERKEHR, LLP
*Proposed Counsel for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

121-08 JAMAICA AVENUE LLC,                     Chapter 11
                                                Case No. 16-40437 (ESS)
                            Debtor.
---------------------------------------------------------------X

## AFFIDAVIT RELATING TO PAYMENT OF
## THIRD-PARTY RETAINER

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

MICHAEL SHIVDAT, being duly sworn, deposes and says:

1.   I am the husband of Babita Raquel Sivdat, the President and sole shareholder of 121-08 Jamaica Avenue, LLC (the "Debtor").  I submit this Affidavit in support of the application filed by the above-captioned Debtor relating to the retention of DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP ("DDWWW") as attorneys for the Debtor in this bankruptcy case.

2.   In order to secure DDWWW's services to the Debtor in this Chapter 11 cases, I have agreed to pay a third-party retainer in the amount of $17,000 to DDWWW toward fees, costs and expenses to be incurred in this Chapter 11 bankruptcy case.

3.       Although I have been advised by DDWWW to consult with my own counsel, I have not retained independent legal counsel regarding the payment of the aforementioned Retainer to DDWWW.

4.       I understand that the undivided loyalty of DDWWW is to its client, the above-captioned Debtor.

5.       Further, I do not have any intention of asserting a claim against the estate of the Debtor for funds advanced for legal fees in this case.

6.       Based upon the foregoing, it is my belief that I do not have any adverse interest against the estate of the Debtors herein, or with any creditor or any other party in interest.

*/s/ Michael Shivdat*
_____
MICHAEL SHIVDAT

Sworn to before me this
18th day of February, 2016

*/s/ Janet Passon*
_____
Notary Public ~ State of New York