UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| 121-08 JAMAICA AVENUE LLC, | Case No. 16-40437 (ESS) |
| Debtor. | |

-----------------------------------------------------------------

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Harris Beach PLLC, as counsel for Karibworks Enterprises Inc. ("Karibworks"), hereby appears in the above captioned case pursuant to 11 U.S.C. §1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to the Bankruptcy Rules 2002 and 9007 and Section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the persons listed below at the following address and telephone number:

> Lee E. Woodard, Esq.
> Harris Beach PLLC
> 333 West Washington St., Suite 200
> Syracuse, NY 13202
> Telephone (315) 423-7100
> E-mail: lwoodard@harrisbeach.com
> bkemail@harrisbeach.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above captioned cases and proceedings therein.

282692 2764250v1

Dated: March 10, 2016
      Syracuse, New York

                                          Yours, etc.
                                          HARRIS BEACH PLLC

                                          Lee E. Woodard, Esq.
                                          *Attorneys for Karibworks Enterprises Inc.*
                                          333 West Washington Street, Suite 200
                                          Syracuse, New York 13202
                                          Telephone: (315) 423-7100
                                          Facsimile: (315) 422-9331
                                          lwoodard@harrisbeach.com
                                          bkemail@harrisbeach.com

To:    All parties receiving CM/ECF notice