**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: 121-08 JAMAICA AVENUE LLC § Case No. 1-16-40437-ESS
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

GREGORY M. MESSER,TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:$2,538,308.48    Claims Discharged
Without Payment: N/A

Total Expenses of Administration:$629,585.32

3) Total gross receipts of $ 3,546,406.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 378,512.24 (see **Exhibit 2**), yielded net receipts of $3,167,893.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,889,254.50 | $2,394,004.73 | $2,394,004.73 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 411,782.26 | 411,782.26 | 411,782.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 422,863.06 | 217,803.06 | 217,803.06 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 7,784,036.84 | 141,606.48 | 144,303.75 |
| **TOTAL DISBURSEMENTS** | $0.00 | $10,507,936.66 | $3,165,196.53 | $3,167,893.80 |

4) This case was originally filed under Chapter 7 on February 02, 2016. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2020           By: /s/GREGORY M. MESSER,TRUSTEE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 121-08 Jamaica Avenue Richmond Hill, NY, Fee Sim | 1110-000 | 3,546,406.04 |
| **TOTAL GROSS RECEIPTS** | | **$3,546,406.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| 121-08 JAMAICA AVENUE LLC | Final Distribution Dividend paid 100.00% on $378,512.24; Claim# SURPLUS; Filed: $378,512.24 | 8200-002 | 0.00 |
| HARVEY J. CAVAYERO, ESQ. AS ESCROW AGENT | Final Distribution Dividend paid 100.00% on $378,512.24; Claim# SURPLUS; Filed: $378,512.24 | 8200-002 | 378,512.24 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$378,512.24** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NYS DEPT OF TAX & FINANCE | 4110-000 | N/A | 2,184.76 | 2,683.60 | 2,683.60 |
| 2 | New York City Water Board | 4110-000 | N/A | 8,224.00 | 12,287.72 | 12,287.72 |
| 3 | NYCTL 2016-A Trust | 4700-070 | N/A | 80,384.90 | 151,255.90 | 151,255.90 |
| 6 | Karibworks Enterprises, Inc. | 4110-000 | N/A | 1,718,521.00 | 2,142,125.00 | 2,142,125.00 |
| 15 | NYCTL 2017-A Trust | 4700-070 | N/A | 79,939.84 | 85,652.51 | 85,652.51 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,889,254.50** | **$2,394,004.73** | **$2,394,004.73** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - GREGORY M. MESSER,TRUSTEE | 2100-000 | N/A | 118,286.81 | 118,286.81 | 118,286.81 |
| Trustee Expenses - GREGORY M. MESSER,TRUSTEE | 2200-000 | N/A | 25.19 | 25.19 | 25.19 |
| Other - KLESTADT WINTERS JURELLER SOUTHARD & STEVENES, LLP | 3210-000 | N/A | 154,368.00 | 154,368.00 | 154,368.00 |
| Other - KLESTADT WINTERS JURELLER SOUTHARD & STEVENES, LLP | 3220-000 | N/A | 2,396.58 | 2,396.58 | 2,396.58 |
| Other - GARY LAMPERT, CPA | 3410-000 | N/A | 4,725.00 | 4,725.00 | 4,725.00 |
| Other - GARY LAMPERT, CPA | 3420-000 | N/A | 115.95 | 115.95 | 115.95 |
| Auctioneer for Trustee Fees (including buyers premiums) - MALTZ AUCTIONS,INC. | 3610-000 | N/A | 128,000.00 | 128,000.00 | 128,000.00 |
| U.S. Trustee Quarterly Fees - United States Trustee Payment Center | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - MARK H. HECHTMAN | 2500-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - EQUATOR LAND SERVICES, LLC | 2500-000 | N/A | 950.00 | 950.00 | 950.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 434.83 | 434.83 | 434.83 |
| Other - GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 1,804.90 | 1,804.90 | 1,804.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $411,782.26 | $411,782.26 | $411,782.26 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LINKER, LLC | 6410-580 | N/A | 26,347.50 | 26,347.50 | 26,347.50 |
| NYC Office of Administrative Trials & Hearings | 6820-000 | N/A | 2,236.29 | 2,236.29 | 2,236.29 |
| MORITT HOCK & HAMROFF, LLP | 6710-490 | N/A | 8,869.27 | 8,869.27 | 8,869.27 |
| DelBello Donnellan Weingarten | 6700-000 | N/A | 150,000.00 | 0.00 | 0.00 |
| DelBello Donnellan Weingarten | 6700-000 | N/A | 150,000.00 | 150,000.00 | 150,000.00 |
| Law Office of Alan C. Stein, PC | 6710-000 | N/A | 22,680.00 | 0.00 | 0.00 |
| Law Office of Alan C. Stein, PC | 6710-000 | N/A | 22,680.00 | 17,000.00 | 17,000.00 |
| Marc Z. Newman, Esq. | 6700-000 | N/A | 13,350.00 | 0.00 | 0.00 |
| Marc Z. Newman, Esq. | 6700-000 | N/A | 13,350.00 | 0.00 | 0.00 |
| Marc Z. Newman, Esq. | 6700-000 | N/A | 13,350.00 | 13,350.00 | 13,350.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $422,863.06 | $217,803.06 | $217,803.06 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 7100-000 | N/A | 16,606.48 | 0.00 | 0.00 |
| 5 -2 | Internal Revenue Service | 7100-000 | N/A | 16,606.48 | 16,606.48 | 16,606.48 |
| 5I-2 | Internal Revenue Service | 7990-000 | N/A | N/A | 0.00 | 316.31 |
| 7 | Estate of Glenn Backer | 7100-000 | N/A | 38,128.88 | 0.00 | 0.00 |
| 7 -2 | Estate of Glenn Backer | 7100-000 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| 7I-2 | Estate of Glenn Backer | 7990-000 | N/A | N/A | 0.00 | 285.72 |
| 8 | Taijwant Dyaram | 7100-000 | N/A | 7,500,000.00 | 0.00 | 0.00 |
| 11 | 1488 Deer Park Ave | 7100-000 | N/A | 26,347.50 | 0.00 | 0.00 |
| 12 | Stephen Linker | 7200-000 | N/A | 26,347.50 | 0.00 | 0.00 |
| 14 | Yadram Budhoo | 7100-000 | N/A | 145,000.00 | 110,000.00 | 110,000.00 |
| 14I | Yadram Budhoo | 7990-000 | N/A | N/A | 0.00 | 2,095.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $7,784,036.84 | $141,606.48 | $144,303.75 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-16-40437-ESS  
**Case Name:** 121-08 JAMAICA AVENUE LLC  

**Period Ending:** 01/08/20

**Trustee:** (520670) GREGORY M. MESSER, TRUSTEE  
**Filed (f) or Converted (c):** 12/08/17 (c)  
**§341(a) Meeting Date:** 01/02/18  
**Claims Bar Date:** 07/02/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  121-08 Jamaica Avenue Richmond Hill, NY, Fee Sim | 5,000,000.00 | 3,766,406.04 | | 3,546,406.04 | FA |
| 2  A/R 90 days old or less. Face amount = $0.00. Do | 0.00 | 0.00 | | 0.00 | FA |
| **2  Assets   Totals** (Excluding unknown values) | **$5,000,000.00** | **$3,766,406.04** | | **$3,546,406.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/29/17- Trustee retained Kledstat Winters Jureller Southard & Stevens, LLP as counsel to the Trustee and Gary Lampert CPA as accountat to assist the Trustee in the investigation of the assets of the Debtor.

1/2/18-  The Trustee exaimined the principal of the Debtor at the 341a meeting.

1/3/18 -  Trustee filed an objection ot Motion filed by the Debtor for a Staay and Reconsideration of the Court's order converting the case to Chapter 7.

1/9/18 -  The court denied the Debtor's Motion for Reconsidertation.

4/27/18 - The Trustee through counsel brought on a motion authorizing the sale of the property located at 121-08 Jamaica Avenue, Richmond Hill, New York.

5/30/18-  Order signed approving sale of real property

6/25/18 -  There is a pending adversary  filed against the Debtor by Karibworks Enterprises.  Adversary proceeding was settled and dismissed.

6/27/19 - The Trustee brought on a motion to resolve the claim over the escrow funds that were held  by the first prospective  purchaser of the property.  This motion was heard on  May 23, 2019.  The order approving this settlement was signed on May 29, 2019.

The Trustee also brought on a motion objecting to the claims of Yadram Budhoo.  This motion to settle this matter was heard on  June 10, 2019 and an order was signed on July 6, 2019.

The Trustee is in the process of filing the final tax returns, reviewing claims, preparing final fee applications and the final report.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-16-40437-ESS  **Trustee:** (520670) GREGORY M. MESSER,TRUSTEE
**Case Name:** 121-08 JAMAICA AVENUE LLC  **Filed (f) or Converted (c):** 12/08/17 (c)
 **§341(a) Meeting Date:** 01/02/18
**Period Ending:** 01/08/20  **Claims Bar Date:** 07/02/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** September 8, 2019   **Current Projected Date Of Final Report (TFR):** September 4, 2019 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 1-16-40437-ESS | | **Trustee:** | GREGORY M. MESSER, TRUSTEE (520670) |
| **Case Name:** | 121-08 JAMAICA AVENUE LLC | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******0766 - Checking Account |
| **Taxpayer ID #:** | **-***8986 | | **Blanket Bond:** | $69,289,805.00  (per case limit) |
| **Period Ending:** | 01/08/20 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/11/18 | {1} | INDRA JAIKARAN | DOWN PAYMENT ON SETTLEMENT OF REAL PROPERTY | 1110-000 | 100,000.00 | | 100,000.00 |
| 04/25/18 | {1} | KLESTADT WINTERS J | DEPOSIT ON SALE OF REAL PROPERTY | 1110-000 | 580,000.00 | | 680,000.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.13 | 679,839.87 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,075.65 | 678,764.22 |
| 06/07/18 | 101 | INDIRA JAIKARAN | RETURN OF DEPOSIT Voided on 06/07/18 | 1110-000 | -100,000.00 | | 578,764.22 |
| 06/07/18 | 101 | INDIRA JAIKARAN | RETURN OF DEPOSIT Voided: check issued on 06/07/18 | 1110-000 | 100,000.00 | | 678,764.22 |
| 06/07/18 | 102 {1} | INDRA JAIKARAN | RETURN OF DOWN PAYMENT | 1110-000 | -100,000.00 | | 578,764.22 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 857.45 | 577,906.77 |
| 07/20/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -2,093.23 | 580,000.00 |
| 10/18/18 | {1} | KEMAJL AJDINI | PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 281,406.04 | | 861,406.04 |
| 10/18/18 | {1} | FINK & ZELMANOVITZ, P.C. | PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 500,000.00 | | 1,361,406.04 |
| 10/18/18 | {1} | FINK & ZELMANOVITZ PC | PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 500,000.00 | | 1,861,406.04 |
| 10/18/18 | {1} | FINK & ZELMANOVITZ P.C. | PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 500,000.00 | | 2,361,406.04 |
| 10/18/18 | {1} | FINK & ZELMANOVITZ, P.C. | PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 500,000.00 | | 2,861,406.04 |
| 10/18/18 | {1} | FINK & ZELMANOVITZ, PC | PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 500,000.00 | | 3,361,406.04 |
| 10/18/18 | {1} | FINK & ZELMANOVITZ, P.C. | PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 405,000.00 | | 3,766,406.04 |
| 10/22/18 | 103 | MARK H. HECHTMAN | TITLE CLOSER FEE | 2500-000 | | 350.00 | 3,766,056.04 |
| 10/23/18 | | To Account #******0768 | TRANSFER OF FUNDS | 9999-000 | | 580,000.00 | 3,186,056.04 |
| 10/23/18 | 104 | GINSBURG & MISK, LLP, as ATTORNEYS | KARIBWORKS PAYOFF | 4110-000 | | 2,142,125.00 | 1,043,931.04 |
| 10/23/18 | 105 | NYCTL 2016-A TRUST MTAG | PAYOFF OF 2016 TAX LIENS | 4700-070 | | 153,109.40 | 890,821.64 |
| 10/23/18 | 106 | NYCTL 2017-A TRUST MTAG | PAYOFF OF 2017 TAX LIEN | 4700-070 | | 85,652.51 | 805,169.13 |
| 10/23/18 | 107 | NYC WATER BOARD | PAYMENT OF WATER AND SEWER CHARGES Stopped on 08/06/19 | 4110-000 | | 12,287.72 | 792,881.41 |
| 10/23/18 | 108 | COMMISSIONER OF TAXATION AND FINANCE | PAYOFF OF TAX LIEN WARRANT ID # E-04222099-W001-1 TAX ID# 11-3628986 | 4110-000 | | 2,683.60 | 790,197.81 |
| 10/23/18 | 109 | EQUATOR LAND SERVICES, LLC | TITLE SERVICES | 2500-000 | | 950.00 | 789,247.81 |
| 05/29/19 | | NYCTL 1998-2 TRUST | RETURN OF FUNDS FROM LEGAL FEE PROJECTIONS | 4700-070 | | -1,853.50 | 791,101.31 |
| 07/24/19 | | From Account #******0768 | TRANSFER OF FUNDS | 9999-000 | 357,760.27 | | 1,148,861.58 |
| 08/06/19 | 107 | NYC WATER BOARD | PAYMENT OF WATER AND SEWER CHARGES Stopped: check issued on 10/23/18 | 4110-000 | | -12,287.72 | 1,161,149.30 |

Subtotals :    $4,124,166.31    $2,963,017.01

{} Asset reference(s)                                                                                                  Printed: 01/08/2020 07:20 AM    V.14.60

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 1-16-40437-ESS | | **Trustee:** | GREGORY M. MESSER,TRUSTEE (520670) |
| **Case Name:** | 121-08 JAMAICA AVENUE LLC | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******0766 - Checking Account |
| **Taxpayer ID #:** | **-***8986 | | **Blanket Bond:** | $69,289,805.00   (per case limit) |
| **Period Ending:** | 01/08/20 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/18/19 | 110 | New York City Water Board | Final Distribution Dividend paid 100.00% on $12,287.72; Claim# 2; Filed: $8,224.00 | 4110-000 | | 12,287.72 | 1,148,861.58 |
| 11/18/19 | 111 | MALTZ AUCTIONS,INC. | Dividend paid 100.00% on $128,000.00, Auctioneer for Trustee Fees (including buyers premiums);  Reference: | 3610-000 | | 128,000.00 | 1,020,861.58 |
| 11/18/19 | 112 | GARY LAMPERT, CPA | Dividend paid 100.00% on $4,725.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,725.00 | 1,016,136.58 |
| 11/18/19 | 113 | GARY LAMPERT, CPA | Dividend paid 100.00% on $115.95, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 115.95 | 1,016,020.63 |
| 11/18/19 | 114 | KLESTADT WINTERS JURELLER SOUTHARD & STEVENES, LLP | Dividend paid 100.00% on $154,368.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 154,368.00 | 861,652.63 |
| 11/18/19 | 115 | KLESTADT WINTERS JURELLER SOUTHARD & STEVENES, LLP | Dividend paid 100.00% on $2,396.58, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 2,396.58 | 859,256.05 |
| 11/18/19 | 116 | United States Trustee Payment Center | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 325.00 | 858,931.05 |
| 11/18/19 | 117 | LINKER, LLC | Dividend paid 100.00% on $26,347.50, Special Accountant Fees (Chapter 11);  Reference: | 6410-580 | | 26,347.50 | 832,583.55 |
| 11/18/19 | 118 | NYC Office of Administrative Trials & Hearings | Dividend paid 100.00% on $2,236.29, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: | 6820-000 | | 2,236.29 | 830,347.26 |
| 11/18/19 | 119 | MORITT HOCK & HAMROFF, LLP | Dividend paid 100.00% on $8,869.27, Mediator Expenses (Chapter 11);  Reference: | 6710-490 | | 8,869.27 | 821,477.99 |
| 11/18/19 | 120 | DelBello Donnellan Weingarten | Dividend paid 100.00% on $150,000.00, Other Professional Fees (Prior Chapter);  Reference: | 6700-000 | | 150,000.00 | 671,477.99 |
| 11/18/19 | 121 | Law Office of Alan C. Stein, PC | Dividend paid 100.00% on $17,000.00, Other Professional Expenses (Prior Chapter); Reference: | 6710-000 | | 17,000.00 | 654,477.99 |
| 11/18/19 | 122 | Marc Z. Newman, Esq. | Dividend paid 100.00% on $13,350.00, Other Professional Fees (Prior Chapter);  Reference: | 6700-000 | | 13,350.00 | 641,127.99 |
| 11/18/19 | 123 | Internal Revenue Service | Final Distribution Dividend paid 100.00% on $16,606.48; Claim# 5 -2; Filed: $16,606.48 | 7100-000 | | 16,606.48 | 624,521.51 |
| 11/18/19 | 124 | Estate of Glenn Backer | Final Distribution Dividend paid 100.00% on $15,000.00; Claim# 7 -2; Filed: $15,000.00 | 7100-000 | | 15,000.00 | 609,521.51 |
| 11/18/19 | 125 | Yadram Budhoo | Final Distribution Dividend paid 100.00% on $110,000.00; Claim# 14; Filed: $145,000.00 | 7100-000 | | 110,000.00 | 499,521.51 |
| 11/18/19 | 126 | Internal Revenue Service | Final Distribution Dividend paid 100.00% on | 7990-000 | | 316.31 | 499,205.20 |

Subtotals :                     $0.00         $661,944.10

{} Asset reference(s)                                                                                     Printed: 01/08/2020 07:20 AM     V.14.60

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-16-40437-ESS  
**Case Name:** 121-08 JAMAICA AVENUE LLC  

**Taxpayer ID #:** **-***8986  
**Period Ending:** 01/08/20  

**Trustee:** GREGORY M. MESSER,TRUSTEE (520670)  
**Bank Name:** Mechanics Bank  
**Account:** ******0766 - Checking Account  
**Blanket Bond:** $69,289,805.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $0.00; Claim# 5I-2; Filed: $0.00 | | | | |
| 11/18/19 | 127 | Estate of Glenn Backer | Final Distribution Dividend paid 100.00% on $0.00; Claim# 7I-2; Filed: $0.00 | 7990-000 | | 285.72 | 498,919.48 |
| 11/18/19 | 128 | Yadram Budhoo | Final Distribution Dividend paid 100.00% on $0.00; Claim# 14I; Filed: $0.00 | 7990-000 | | 2,095.24 | 496,824.24 |
| 11/18/19 | 129 | 121-08 JAMAICA AVENUE LLC | Final Distribution Dividend paid 100.00% on $378,512.24; Claim# SURPLUS; Filed: $378,512.24 Voided on 11/18/19 | 8200-002 | | 378,512.24 | 118,312.00 |
| 11/18/19 | 129 | 121-08 JAMAICA AVENUE LLC | Final Distribution Dividend paid 100.00% on $378,512.24; Claim# SURPLUS; Filed: $378,512.24 Voided: check issued on 11/18/19 | 8200-002 | | -378,512.24 | 496,824.24 |
| 11/18/19 | 130 | GREGORY M. MESSER,TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 118,312.00 | 378,512.24 |
| | | | Dividend paid 100.00% 118,286.81 on $118,286.81; Claim# ; Filed: $118,286.81 | 2100-000 | | | 378,512.24 |
| | | | Dividend paid 100.00% 25.19 on $25.19; Claim# ; Filed: $25.19 | 2200-000 | | | 378,512.24 |
| 11/18/19 | 131 | HARVEY J. CAVAYERO, ESQ. AS ESCROW AGENT | Final Distribution Dividend paid 100.00% on $378,512.24; Claim# SURPLUS; Filed: $378,512.24 | 8200-002 | | 378,512.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,124,166.31** | **4,124,166.31** | **$0.00** |
| | | | Less: Bank Transfers | | 357,760.27 | 580,000.00 | |
| | | | **Subtotal** | | **3,766,406.04** | **3,544,166.31** | |
| | | | Less: Payments to Debtors | | | 378,512.24 | |
| | | | **NET Receipts / Disbursements** | | **$3,766,406.04** | **$3,165,654.07** | |

{} Asset reference(s)                                                                                                                 Printed: 01/08/2020 07:20 AM    V.14.60

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-16-40437-ESS  
**Case Name:** 121-08 JAMAICA AVENUE LLC  

**Taxpayer ID #:** **-***8986  
**Period Ending:** 01/08/20  

**Trustee:** GREGORY M. MESSER,TRUSTEE (520670)  
**Bank Name:** Mechanics Bank  
**Account:** ******0767 - Checking Account-Sale  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/18 | {1} | GHOTRA & SONS, LLC | DEPOSIT ON SALE OF REAL PROPERTY | 1110-000 | 225,000.00 | | 225,000.00 |
| 09/18/18 | {1} | GHOTRA & SONS LLC | ADDITIONAL DEPOSIT ON SALE OF REAL PROPERTY | 1110-000 | 300,000.00 | | 525,000.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.82 | 524,969.18 |
| 10/18/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -30.82 | 525,000.00 |
| 10/25/18 | 101 {1} | GHOTRA AND SONS, LLC | RETURN OF DEPOSIT | 1110-000 | -525,000.00 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                       Printed: 01/08/2020 07:20 AM     V.14.60

Case 1-16-40437-ess    Doc 259    Filed 01/24/20    Entered 01/24/20 16:18:01

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-16-40437-ESS  
**Case Name:** 121-08 JAMAICA AVENUE LLC  

**Taxpayer ID #:** **-***8986  
**Period Ending:** 01/08/20  

**Trustee:** GREGORY M. MESSER,TRUSTEE (520670)  
**Bank Name:** Mechanics Bank  
**Account:** ******0768 - Checking Account *  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/23/18 | | From Account #******0766 | TRANSFER OF FUNDS | 9999-000 | 580,000.00 | | 580,000.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 434.83 | 579,565.17 |
| 02/27/19 | 101 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2019 FOR CASE #116-40437, EDNY BLANKET BOND PREMIUM #016027942 | 2300-000 | | 1,804.90 | 577,760.27 |
| 06/12/19 | 102 {1} | THE LAW OFFICES OF NOAH GOLDSTEIN, P.C. AS ATTORNEYS | PAYMENT PURSUANT TO STIPULATION OF SETTLEMENT DATE 6/18/19 | 1110-002 | -220,000.00 | | 357,760.27 |
| 07/24/19 | | To Account #******0766 | TRANSFER OF FUNDS | 9999-000 | | 357,760.27 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 360,000.00 | 360,000.00 | **$0.00** |
| | | | Less: Bank Transfers | | 580,000.00 | 357,760.27 | |
| | | | **Subtotal** | | **-220,000.00** | **2,239.73** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$-220,000.00** | **$2,239.73** | |

| | |
|---|---|
| Net Receipts : | 3,546,406.04 |
| Less Payments to Debtor : | 378,512.24 |
| Less Other Noncompensable Items : | -220,000.00 |
| Net Estate : | $3,387,893.80 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0766** | 3,766,406.04 | 3,165,654.07 | 0.00 |
| **Checking # ******0767** | 0.00 | 0.00 | 0.00 |
| **Checking # ******0768** | -220,000.00 | 2,239.73 | 0.00 |
| | $3,546,406.04 | $3,167,893.80 | $0.00 |